FILED

MAY - 1 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO CALDERON and LUIS JAVIER GASPAR,<br><br>Defendants. | CR 17-36-BLG-SPW<br><br>ORDER |

The United States filed a motion under Fed. R. Crim. P. 48(a) to dismiss the complaint without prejudice against Defendants Francisco Calderon and Luis Javier Gaspar. The Defendants initially opposed the motion but failed to file briefs in opposition. Pursuant to Local Rule 47.2(b), the Court deems the failure to file briefs an admission that the Defendants' position lacks merit. Accordingly, for good cause shown,

IT IS ORDERED that the United States' motion to dismiss is GRANTED and the complaint is DISMISSED without prejudice.

1

DATED the 28th day of April, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE