IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS JAVIER GASPAR,<br><br>Defendant. | CR 17-36-BLG-SPW<br><br>**ORDER** |

Defendant has filed an Unopposed Motion to Vacate Bond Detention Proceedings. (Doc. 43.)

Accordingly, IT IS ORDERED that the Detention Hearing presently set for October 3, 2017, is hereby VACATED.

DATED this 26th day of September, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge