# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

FILED
SEP 29 2017
Clerk, US District Court
District of Montana - Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO CALDERON and<br>LUIS JAVIER GASPAR,<br><br>Defendants. | CR 17-36-BLG-SPW<br><br>ORDER GRANTING MOTION<br>FOR LEAVE TO FILE UNDER<br>SEAL |

Upon the United States' unopposed Motion for Leave to File Response to Defendants' Motion to Suppress Under Seal (Doc. 45), and for good cause shown,

IT IS HEREBY ORDERED that the motion is **GRANTED**. The United States' response to the defendants' Motion to Suppress is filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 29th day of September, 2017.

SUSAN P. WATTERS
United States District Judge

1