IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
OCT 24 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-36-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| LUIS JAVIER GASPAR, | |
| Defendant. | |

This matter comes before the Court on Defendant's Motion to Terminate Counsel of Record (Doc. 51). Accordingly,

IT IS HEREBY ORDERED as follows:

1. Defendant shall supplement his motion with an affidavit setting forth the factual basis for each ground stated in his motion to terminate.

2. Defendant shall file his affidavit on or before **November 6, 2017** and said affidavit shall be filed *ex parte* and under seal (No access to the public or the U.S. Attorney's Office.)

3. The Court will review Defendant's affidavit and determine whether the Defendant has set forth sufficient factual bases for a hearing.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 23rd day of October, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge