FILED

JUN 2 0 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS JAVIER GASPAR,<br><br>Defendant. | CR 17-00036-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, LUIS JAVIER GASPAR is hereby released from the custody of the U.S. Marshals Service.

DATED this 20th day of June, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1